IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PERRY JAMES COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-00973-CMS |
| ) | |
| FRANK BISIGNANO, COMMISSIONER OF ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [Doc. No. 4] by United States Magistrate Judge Chris M. Stephens. The Report and Recommendation recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] be denied.

Judge Stephens advised Plaintiff of his right to file an objection to the Report and Recommendation with the Clerk of Court by September 24, 2025, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 4 at 4–5]. *See also* 28 U.S.C. § 636.

The record reflects that Plaintiff did not file an objection to the Report and Recommendation by the deadline or request an extension of time to do so.

The Court therefore **ACCEPTS** the Report and Recommendation [Doc. No. 4] and **DENIES** Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2]. The Court **ORDERS** Plaintiff Perry James Cook to pay the full

filing fee to the Clerk of Court within 21 days of this Order, or by **October 20, 2025**, or this action will be dismissed without prejudice.

    IT IS SO ORDERED this 29th day of September 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE